DENNIS J. FANNERON ET AL. *v.* DAVID L.
BAIRD ET AL.
(13854)

Lavery, Schaller and Freedman, Js.

Argued November 1—decision released November 28, 1995

*Leslie Byelas*, for the appellants (defendants).

*Arthur C. Laske III*, for the appellees (plaintiffs).

PER CURIAM. This case is controlled by Practice Book § 441.

The judgment is affirmed.